**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

     -against-

CHRISTIAN GONZALEZ,
               Defendant.
------------------------------------------------------------X

21 CR. 262 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, June 2, 2021 at 11:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2621

Dated: May 26, 2021
       New York, NY

                                    _____
                                      RICHARD M. BERMAN
                                          U.S.D.J.