UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

CHRISTIAN GONZALEZ,
JOSE BARRIERA,
                Defendants.
------------------------------------------------------------X

21 CR. 262 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, July 7, 2021 at 12:00 PM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: June 30, 2021
       New York, NY

                                  _____
                                     RICHARD M. BERMAN
                                          U.S.D.J.