**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

         20 CR. 262 (RMB)

  -against-

**ORDER**

CHRISTIAN GONZALEZ,
ALEJANDRO OSARIO,
JOSE BARRIERA,
                Defendants.
-------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, September 21, 2021 at 10:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: September 15, 2021
       New York, NY

                                                  _____
                                                     RICHARD M. BERMAN
                                                          U.S.D.J.