**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                           21 CR. 262 (RMB)

        -against-
                                                           **ORDER**

CHRISTIAN GONZALEZ,
ALEJANDRO OSARIO,
JASON GARCIA,
JOSE BARRIERA,
                         Defendants.
-------------------------------------------------------------X


        The status conference previously scheduled for Tuesday, November 16, 2021 at 12:00

PM is hereby rescheduled to 12:30 PM on the same date.

        In light of the continuing COVID-19 pandemic, the proceeding will be held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information to access the audio of the proceeding:


        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0262


Dated: November 10, 2021
        New York, NY




                                        _____
                                             RICHARD M. BERMAN
                                             U.S.D.J.