**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                 21 CR. 262 (RMB)

   -against-

                                                                                                 **ORDER**

CHRISTIAN GONZALEZ,
ALEJANDRO OSARIO,
JASON GARCIA,
JOSE BARRIERA,
                Defendants.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, March 10, 2022 at 9:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0262

Dated: March 2, 2022
       New York, NY

                                                                           *Richard M. Berman*

                                                         _____
                                                               RICHARD M. BERMAN
                                                                      U.S.D.J.