**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

           21 CR. 262 (RMB)

  -against-

           **ORDER**

CHRISTIAN GONZALEZ,
            Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, April 7, 2022 at 12:00 PM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: March 30, 2022
       New York, NY

                      *Richard M. Berman*
                      _____
                        RICHARD M. BERMAN
                            U.S.D.J.