**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        21 CR. 262 (RMB)

   -against-

**ORDER**

CHRISTIAN GONZALEZ,
                Defendants.
------------------------------------------------------------X

The sentencing scheduled for Thursday, July 21, 2022 at 10:00 AM is hereby rescheduled to Wednesday, July 20, 2022 at 11:00 AM.

The proceeding will take place in Courtroom 17B.

Dated: April 27, 2022
       New York, NY

                                           *Richard M. Berman*
                                          RICHARD M. BERMAN
                                                U.S.D.J.