UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GONZALEZ, <br><br> Petitioner, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 21-CR-0262-1 (RMB) <br><br> 23-CV-2026 (RMB) <br><br> <u>ORDER</u> |

The Court respectfully directs Mr. Glenn A. Garber to file a response to Petitioner's 28 U.S.C. § 2255 habeas petition, docketed on March 8, 2023, on or before April 10, 2023.

Dated: March 13, 2023
New York, New York

*RMB*
_____
**RICHARD M. BERMAN, U.S.D.J.**