

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christian Gonzalez*, 21 Cr. 262, 23 Civ. 2026 (RMB)

Dear Judge Cronan:

    The Government respectfully submits this letter to request an extension of time to respond to the defendant's memorandum in support of his motion to vacate his conviction pursuant to 28 U.S.C. § 2255. The Government's brief is currently due today, May 12, 2023. Due to the Government's oversight in calendaring the due date for this response and the press of business, the Government is not prepared to file its brief today. The Government respectfully requests an additional one week, until May 19, 2023, to file its response to the defendant's brief. The Government apologizes to the Court and to the defendant for its oversight.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

            by:   /s/
                Matthew R. Shahabian
                Assistant United States Attorney
                (212) 637-1046

Cc:    Christian Gonzalez (by U.S. Mail)

Application granted.

SO ORDERED:
Date: 5/12/2023
Richard M. Berman, U.S.D.J.