UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GONZALEZ,<br><br>       Petitioner,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 21-CR-0262-1 (RMB)<br><br>23-CV-2026 (RMB)<br><br><u>ORDER</u> |

  The Clerk of the Court is respectfully requested to mail a copy of this Order, along with the Court's Order dated May 30, 2023 and the accompanying "Attorney-Client Privilege Waiver (Informed Consent)" form to the Petitioner. The instant Order will constitute the second written notice to Petitioner that he must submit an Attorney-Client Privilege Waiver if he wishes to pursue his Petition based primarily upon ineffective assistance of counsel.

  The Petitioner should execute and have notarized the Attorney-Client Privilege Waiver (Informed Consent) form on or before November 20, 2023 if the Petitioner wishes to continue to pursue his Petition.

  The Petitioner is directed to contact the S.D.N.Y. Pro Se Office (tel: (212) 805-0175) if he has any further questions.

Dated: October 3, 2023
   New York, New York

                  *Richard M. Berman*
                  **RICHARD M. BERMAN, U.S.D.J.**